UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAURICE CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13-CV-149 SNLJ |
| UNKNOWN WALTERS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the submission of plaintiff's complaint. Plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis.

Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted.[1]  Under 28 U.S.C. § 1915(g), therefore, the Court may not permit plaintiff to proceed in forma pauperis unless he "is under imminent danger of serious physical injury."  After reviewing the complaint, the Court finds no allegations showing that

---

[1] See Campbell v. Rowley, 2:04-CV-0071-JCH (E.D. Mo.); Campbell v. Rowley, 2:03-CV-0021-JCH (E.D. Mo.); Campbell v. Becton, 4:00-CV-1100-RWS (E.D. Mo.)

plaintiff is in imminent danger of serious physical injury.  Plaintiff's complaints concern only past harm.  As a result, plaintiff must pay the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall pay the $350 filing fee within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

Dated this 9th day of October, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE